UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-81229-CV-MIDDLEBROOKS/BRANNON

TATIANA KOLOSOVA,

    Plaintiff,

v.

OFFICE DEPOT, et al.,

    Defendants.

_____/

## ORDER DISMISSING DEFENDANT

THIS CAUSE comes before the Court on Plaintiff Tatiana Kolosova's Notice of Voluntary Dismissal without Prejudice of Defendant McKinsey and Company USA, filed on December 12, 2018. (DE 20). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss a defendant by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant McKinsey and Company USA has served neither filing. Accordingly, it is hereby

**ORDERED and ADJUDGED** that

(1) Plaintiff's claims against Defendant McKinsey and Company USA are **DISMISSED WITHOUT PREJUDICE**.

(2) The Clerk of Court shall **TERMINATE** Defendant McKinsey and Company USA as a defendant in this matter.

(3) Defendant McKinsey and Company USA's Motion to Dismiss (DE 9) is **DENIED AS MOOT**.

(4) Defendant McKinsey and Company USA's Motion to Stay Discovery and Continue Trial and All Pre-Trial Deadlines Pending Ruling on Motion to Dismiss (DE 10) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 13 day of December, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record