**A. ANDREW OBEIDY, ESQ. (FBN 910341)**
**OBEIDY & ASSOCIATES, P.A.**
2755 East Oakland Park Blvd., Suite 3225
Fort Lauderdale, Florida 33306
Telephone:   (305) 892-5454
Facsimile:    (305) 530-6953

**Attorney for Plaintiff Tatiana Kolosova**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION

| | |
|---|---|
| TATIANA KOLOSOVA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, a Delaware corporation MCKINSEY AND COMPANY USA, a Delaware Corporation, GERRY SMITH, an Individual, LUKANA JUSTIN, an individual,<br><br>Defendants. | CASE NO.: 9:18-cv-81229-DMM<br><br>**PLAINTIFF TATIANA KOLOSOVA'S NOTICE OF RESPONSES TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES PROPOUNDED UPON PLAINTIFF** |

COMES NOW the undersigned law firm, OBEIDY & ASSOCIATES, P.A. hereby files this Notice to confirm that Plaintiff Tatiana Kolosova responded to Defendant's First Request for Production of Documents and First set of Interrogatories in the above-styled matter on January 29, 2019.

                                       **OBEIDY & ASSOCIATES, P.A.**

                                         */s/ A. Andrew OBeidy*
                                       A. ANDREW OBEIDY, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a true and correct copy of the foregoing was sent to counsel for Gerry Smith, on Patrick DeBlasio, Esq. LITTLER MENDELSON, P.C., via email to pdeblasio@litttler.com on this 29th day of January 2019.

        Respectfully submitted,

        **OBEIDY & ASSOCIATES, P.A.**
        2755 E. Oakland Park Blvd., Suite 225
        Fort Lauderdale, Florida 33306
        Telephone:    (305) 892-5454
        Facsimile:    (954) 530-6953

        */s/ A. Andrew OBeidy*
        A. ANDREW OBEIDY, ESQ. (FBN 0910341)
        Attorney for Plaintiff Tatiana Kolosova

## SERVICE LIST

**U.S. District Court Southern District of Florida**
**West Palm Beach Division**
**CASE NO.: 18-81229-CIV**

**COUNSEL FOR DEFENDANTS**
**OFFICE DEPOT, GERRY SMITH, AND LUKANA JUSTIN:**
Patrick G. DeBlasio, III, Esq.
E-mail: pdeblasio@littler.com
Florida Bar No. 871737
Stefanie M. Mederos, Esq.
E-mail: smederos@littler.com
Florida Bar No. 12041
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Ave., Suite 2700
Miami, FL 33131
Tel: (305) 400-7500
Fax: (305) 603-2552
[Via Notice of Electronic Filing]